THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LEON MAILMAN, Doing Business as STATEN ISLAND PACKING Co., Appellant. (132 Proceedings.)

Argued November 27, 1944; decided December 30, 1944.

*Harry A. Gottlieb* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd, Wendell P. Brown* and *John R. Davison* of counsel), in support of the constitutionality of the statute and resolutions brought into question by these appeals (see Executive Law, § 68).

*Ignatius M. Wilkinson, Corporation Counsel (Seymour B. Quel, W. Bernard Richland* and *Aaron B. Coleman* of counsel), for respondent.

*Samuel Mermin, Thomas Emerson, Fleming James, Jr., David London, Paul L. Ross* and *Albert I. Schmalholz* for Chester Bowles, as Administrator of the Office of Price Administration, *amicus curiae.*

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.